IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| DARWIN AQUINO § | |
| Plaintiff § | |
| § | |
| vs. § | Civil Action No. _____ |
| § | |
| STARBULK, SA-ISM MANAGER § | |
| AND CEDAR VALLEY, SA § | |
| Defendants § | |

## **INDEX TO NOTICE OF REMOVAL**

All executed process in the case                                                                                  p. 2-5

Pleadings asserting causes of action, e.g., petitions, counterclaims, cross actions, third-party actions, interventions and all answers to such pleadings                                      p, 6-16

The docket sheet                                                                                                       p. 17

A list of all counsel of record                                                                                    p. 18

# WARNING
## AVERTISSEMENT

**Identity and address of the addressee**
Identité et adresse du destinataire

Starbulk Sa-Lsm
40 Konstantinou Str
Athens 15124



## IMPORTANT

THE ENCLOSED DOCUMENT IS OF A LEGAL NATURE AND MAY AFFECT YOUR RIGHTS AND OBLIGATIONS. THE 'SUMMARY OF THE DOCUMENT TO BE SERVED' WILL GIVE YOU SOME INFORMATION ABOUT ITS NATURE AND PURPOSE. YOU SHOULD HOWEVER READ THE DOCUMENT ITSELF CAREFULLY. IT MAY BE NECESSARY TO SEEK LEGAL ADVICE.

IF YOUR FINANCIAL RESOURCES ARE INSUFFICIENT YOU SHOULD SEEK INFORMATION ON THE POSSIBILITY OF OBTAINING LEGAL AID OR ADVICE EITHER IN THE COUNTRY WHERE YOU LIVE OR IN THE COUNTRY WHERE THE DOCUMENT WAS ISSUED.

ENQUIRIES ABOUT THE AVAILABILITY OF LEGAL AID OR ADVICE IN THE COUNTRY WHERE THE DOCUMENT WAS ISSUED MAY BE DIRECTED TO:

## TRÈS IMPORTANT

LE DOCUMENT CI-JOINT EST DE NATURE JURIDIQUE ET PEUT AFFECTER VOS DROITS ET OBLIGATIONS. LES « ÉLÉMENTS ESSENTIELS DE L'ACTE » VOUS DONNENT QUELQUES INFORMATIONS SUR SA NATURE ET SON OBJET. IL EST TOUTEFOIS INDISPENSABLE DE LIRE ATTENTIVEMENT LE TEXTE MÊME DU DOCUMENT. IL PEUT ÊTRE NÉCESSAIRE DE DEMANDER UN AVIS JURIDIQUE.

SI VOS RESSOURCES SONT INSUFFISANTES, RENSEIGNEZ-VOUS SUR LA POSSIBILITÉ D'OBTENIR L'ASSISTANCE JUDICIAIRE ET LA CONSULTATION JURIDIQUE, SOIT DANS VOTRE PAYS, SOIT DANS LE PAYS D'ORIGINE DU DOCUMENT.

LES DEMANDES DE RENSEIGNEMENTS SUR LES POSSIBILITÉS D'OBTENIR L'ASSISTANCE JUDICIAIRE OU LA CONSULTATION JURIDIQUE DANS LE PAYS D'ORIGINE DU DOCUMENT PEUVENT ÊTRE ADRESSÉES À :

**It is recommended that the standard terms in the notice be written in English and French and where appropriate also in the official language, or in one of the official languages of the State in which the document originated. The blanks could be completed either in the language of the State to which the document is to be sent, or in English or French.**

Il est recommandé que les mentions imprimées dans cette note soient rédigées en langue française et en langue anglaise et le cas échéant, en outre, dans la langue ou l'une des langues officielles de l'État d'origine de l'acte. Les blancs pourraient être remplis, soit dans la langue de l'État où le document doit être adressé, soit en langue française, soit en langue anglaise.

ΓΙΑ ΕΠΙΔΟΣΗ στην εταιρεία
STARBULK S.A. - LSM
Αρ.Πρωτ.: 1457/2023

# SUMMARY OF THE DOCUMENT TO BE SERVED
## ÉLÉMENTS ESSENTIELS DE L'ACTE

Convention on the Service Abroad of Judicial and Extrajudicial Documents in Civil or Commercial Matters, signed at The Hague, the 15th of November 1965 (Article 5, fourth paragraph).

Convention relative à la signification et à la notification à l'étranger des actes judiciaires ou extrajudiciaires en matière civile ou commerciale, signée à La Haye le 15 novembre 1965 (article 5, alinéa 4).

| | |
|---|---|
| **Name and address of the requesting authority:**<br>Nom et adresse de l'autorité requérante : | Andria Beauvais, Process Server One Efile Expert, 13395 Voyager Parkway Ste 130, PMB 311 Colorado Springs Colorado 80921, USA<br>andria@processserverone.com<br>Under authority from VB Attorneys, 6363 Woodway Drive Suite 400 Houston, TX 77057 |
| **Particulars of the parties\*:**<br>Identité des parties\* : | Aquino, Darwin vs. Namsung Shipping Company LTD (South Korea) |

\* If appropriate, identity and address of the person interested in the transmission of the document
S'il y a lieu, identité et adresse de la personne intéressée à la transmission de l'acte

☑ **JUDICIAL DOCUMENT\*\***
ACTE JUDICIAIRE\*\*

| | |
|---|---|
| **Nature and purpose of the document:**<br>Nature et objet de l'acte : | Citation & Petition |
| **Nature and purpose of the proceedings and, when appropriate, the amount in dispute:**<br>Nature et objet de l'instance, le cas échéant, le montant du litige : | Civil Action |
| **Date and Place for entering appearance\*\*:**<br>Date et lieu de la comparution\*\* : | N/A |
| **Court which has given judgment\*\*:**<br>Juridiction qui a rendu la décision\*\* : | N/A |
| **Date of judgment\*\*:**<br>Date de la décision\*\* : | N/A |
| **Time limits stated in the document\*\*:**<br>Indication des délais figurant dans l'acte\*\* : | 20 days after service |

\*\* if appropriate / s'il y a lieu

☐ **EXTRAJUDICIAL DOCUMENT\*\***
ACTE EXTRAJUDICIAIRE\*\*

| | |
|---|---|
| **Nature and purpose of the document:**<br>Nature et objet de l'acte : | |
| **Time-limits stated in the document\*\*:**<br>Indication des délais figurant dans l'acte\*\* : | |

\*\* if appropriate / s'il y a lieu

CAUSE NO. 202321704

COPY OF PLEADING PROVIDED BY PLT

RECEIPT No: 971006
TRACKING #: 74243530

Plaintiff: AQUINO, DARWIN

vs.

Defendant: NAMSUNG SHIPPING COMPANY LTD (SOUTH KOREA)

In The 270th
Judicial District Court of
Harris County, Texas

Houston, Texas

**CITATION – NON RESIDENT**

**THE STATE OF TEXAS**
**County of Harris**

**To:   STARBULK SA-ISM (A GREEK CORPORATION) MAY BE SERVED WITH PROCESS THROUGH THE HAGUE CONVENTION ON THE SERVICE ABROAD BY SERVING CATHERINE BOTSA- SQ MANAGER, D.DPA/D.CSO AT**
   40 KONSTANTINOU STR
   MAROUSSI 15124

   Attached is a copy of: PLAINTIFFS' FIRST AMENDED PETITION AND REQUEST FOR DISCLOSURE

This instrument was filed on 10/5/2023, in the above cited cause number and court. The instrument attached describes the claim against you.

**YOU HAVE BEEN SUED.** You may employ an attorney. If you or your attorney do not file a written answer with the District Clerk who issued this citation by 10:00 a.m. on the Monday next following the expiration date of 20 days after you were served this citation and petition, a default judgment may be taken against you. In addition to filing a written answer with the clerk, you may be required to make initial disclosures to the other parties of this suit. These disclosures generally must be made no later than 30 days after you file your answer with the clerk. Find out more at TexasLawHelp.org.

This citation was issued on October 24, 2023, under my hand and seal of said court.

Issued at the request of:
Beckcom, Brian
6363 WOODWAY DR. SUITE 400
HOUSTON, TX  77057
713-224-7800

Bar Number: 24012268

Marilyn Burgess, District Clerk
Harris County, Texas
201 Caroline, Houston Texas 77002
(PO Box 4651, Houston, Texas 77210)

Generated By: SHELBY JACO

Tracking Number: 74243530

**CAUSE NUMBER: 202321704**

| | |
|---|---|
| PLAINTIFF: AQUINO, DARWIN | In the 270th |
| vs. | Judicial District Court of |
| DEFENDANT: NAMSUNG SHIPPING COMPANY LTD (SOUTH KOREA) | Harris County, Texas |

### OFFICER - AUTHORIZED PERSON RETURN

Came to hand at _____ o'clock ___. M. On the _____ day of _____, 20_____.
Executed at

(Address)_____
_____ in _____ County at _____ o'clock ___. M. On the _____ day of _____, 20 _____, by

Delivering to _____ defendant, in person, a true copy of this Citation together with the accompanying _____ copy (ies) of the _____. Petition attached thereto and I endorsed on said copy of the Citation the date of delivery.

To certify which I affix my hand officially this _____ day of _____,
20__.

Fees $_____

_____                                   By_____
         Affiant                                                                                Deputy

On this day, _____, known to me to be the person whose signature appears on the foregoing return, personally appeared. After being by me duly sworn, he/she stated that this citation was executed by him/her in the exact manner recited on the return.

SWORN TO AND SUBSCRIBED BEFORE ME, On this _____ day of _____.
20___.

_____
Notary Public

10/5/2023 6:19 AM
Marilyn Burgess - District Clerk Harris County
Envelope No. 80270898
By: Kerrylone Asberry
Filed: 10/5/2023 6:19 AM

Cause No. 2023-21704

| | | |
|---|---|---|
| Darwin Aquino | ) | In the District Court |
| | ) | |
| vs. | ) | Of Harris County, Texas |
| | ) | |
| Starbulk, SA-ISM Manager | ) | |
| and Cedar Valley, SA | ) | 270th Judicial District |

**Plaintiffs' First Amended Petition and Request for Disclosure**

Plaintiff Darwin Aquino complains of Defendants Starbulk, SA-ISM Manager and Cedar Valley, SA and for cause of action would show as follows:

## 1. Discovery Level

1.1     Plaintiff intends to conduct discovery in this matter under Level 3 of Rule 190 of the Texas Rules of Civil Procedure. Per Texas Rule of Civil Procedure 47(c)(5), Plaintiffs seek an amount exceeding $1,000,000.00.

## 2. Parties

2.1     Plaintiff Darqin Aquino is a resident of Houston, Texas.

2.2     Defendant Starbulk-SA-ISM is a Greek corporation corporation and may be served with process as authorized by Texas Rules of Civil Procedure 108(a) and the Hague Convention on the Service Abroad of Judicial and Extrajudicial Documents by serving Catherine Botsa - SQ Manager, D.DPA/ D. CSO at 40, Konstantinou Str, Maroussi 15124.

2.3     Cedar Valley, SA is a Japanese corporation and may be served with process as authorized by Texas Rules of Civil Procedure 108(a) and the Hague Convention on the Service Abroad of Judicial and Extrajudicial documents by serving Ryo Sugitani, 7th Floor, Kure Nakadori Building 2-1-26, Nakadori, Kure City, Hiroshima, Prefecture 737-0046 Japan.

## 3. Venue and Jurisdiction

3.1.    Venue is proper in Harris County, Texas, because all or a substantial part of the events giving rise to this claim occurred in Harris County, Texas.

3.2    Jurisdiction is proper in Texas because Defendant has purposely availed itself of the laws and benefits of doing business in Texas.

## 4. Background Facts and Legal Claims

4.1 On June 2, 2021 Darwin Aquino was working aboard the *Star Challenger,* a vessel owned by Defendant Cedar Valley, SA and operated by Defendant Starbulk, SA-ISM Manager in the port of Houston, in Harris County, Texas when he slipped and fell down 14 feet. The vessel did not have any railing or other protective barriers or fall prevention that would have prevented either the fall or damage from the fall. As a result of this incident. Mr. Aquino sustained permanent and extensive injuries.

4.2    Defendants were negligent which was a proximate cause of the incident in question. Such negligence includes, but is not limited to, the following:

4.3    Defendants were negligent per 33 USC 905(b) in turning its vessel over in a dangerous condition, including but not limited to: (1) failing to provide a safety harness or any fall protection; (2) retaining control over part of the operation in question; (3) failing to intervene in the operation in question; and (4) failing to construct and/or maintain any fall prevention barrier, each of which was a proximate cause of the incident in question.

4.4    Plaintiff reserves the right to request relief for spoliation of evidence to the extent Defendant destroyed and/or failed to preserve all relevant evidence, including video evidence as well as all relevant physical evidence.

4.5    By virtue of the actions and conduct of Defendant as set forth above, Mr. Aquino has suffered severe bodily injuries and damages. By reason of those injuries and the damages flowing in law therefrom this suit is maintained. Because of the nature and severity of the injuries sustained, Mr. Aquino has

suffered physical pain and mental anguish and in reasonable probability will continue to suffer physical pain and mental anguish in the future. He has and will continue to suffer physical impairment and disfigurement. Because of the action and conduct of Defendant herein, Mr. Aquino has sustained very painful and disabling physical injuries that have caused him to sustain a loss of earnings and wage earning capacity in the past, and this condition will, in all probability, continue for some time into the future. Because of the nature and severity of the injuries Mr. Aquino sustained, he has required medical treatmen in the past, and in reasonable probability, will require future medical care.

## 5. Pre- and Post-Judgment Interest

5.1    Plaintiffs would additionally say and show that he is entitled to recovery of prejudgment interest ar here and now sue for recovery of prejudgment interest as provided by law and equity, under the applicabl provisions of the laws of the State of Texas.

## 6. Jury Demand and Request for Disclosures

6.1    Plaintiffs hereby request a trial by jury.

## 7. Conclusion and Prayer

7.1    Plaintiff requests that Defendants be cited to appear and answer, and that on final trial Plaintiffs have: (1) judgment against Defendants, for actual, compensatory and exemplary damages in accordance with the evidence; (2) pre-judgment and post-judgment interest as provided by law; (3) costs of court; (4) attorney's fees; and (5) such other and further relief, general and special, to which Plaintiffs may show themselves justly entitled at law and in equity.

## Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Patti Artavia on behalf of Brian Beckcom
Bar No. 24012268
patti@vbattorneys.com
Envelope ID: 80270898
Filing Code Description: Amended Filing
Filing Description: Amended Filing
Status as of 10/5/2023 8:29 AM CST

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
| --- | --- | --- | --- | --- |
| Patti Artavia | | patti@vbattorneys.com | 10/5/2023 6:19:46 AM | SENT |
| Brian ABeckcom | | brian@vbattorneys.com | 10/5/2023 6:19:46 AM | SENT |
| Brendan Fradkin | | brendan@vbattorneys.com | 10/5/2023 6:19:46 AM | SENT |

ΑΡΙΘΜΟΣ ΥΠΟΘΕΣΗΣ 202321704

ΑΝΤΙΓΡΑΦΟ ΤΗΣ ΥΠΟΒΟΛΗΣ ΠΟΥ ΠΑΡΕΧΕΤΑΙ ΑΠΟ ΤΟΝ ΕΝΑΓΟΝΤΑ

ΑΡ. ΑΠΟΔΕΙΞΗΣ: 971006
ΑΡ. ΠΑΡΑΚΟΛΟΥΘΗΣΗΣ #: 74243530

Ενάγων: AQUINO, DARWIN

κατά

Ενάγοντας: NAMSUNG SHIPPING COMPANY LTD (SOUTH KOREA)

Στο 270ο
Δικαστικό Περιφερειακό Δικαστήριο της Κομητείας Harris, Τέξας

Χιούστον, Τέξας

**ΠΑΡΑΠΟΜΠΗ - ΜΗ ΚΑΤΟΙΚΟΣ**

**Η ΠΟΛΙΤΕΙΑ ΤΟΥ ΤΕΞΑΣ**
**Κομητεία Harris**

Προς:  **STARBULK SA-ISM (ΜΙΑ ΕΛΛΗΝΙΚΗ ΕΤΑΙΡΕΙΑ) ΜΠΟΡΕΙ ΝΑ ΕΞΥΠΗΡΕΤΗΘΕΙ ΜΕ ΔΙΑΔΙΚΑΣΙΑ ΜΕΣΩ ΤΗΣ ΣΥΜΒΑΣΗΣ ΤΗΣ ΧΑΓΗΣ ΓΙΑ ΤΗΝ ΕΞΥΠΗΡΕΤΗΣΗ ΣΤΟ ΕΞΩΤΕΡΙΚΟ ΕΞΥΠΗΡΕΤΩΝΤΑΣ ΠΡΟΣ CATHERINE BOTSA - SQ MANAGER, D.DPA/D.CSO ΣΤΗ ΔΙΕΥΘΥΝΣΗ**
ΟΔΟΣ ΚΩΝΣΤΑΝΤΙΝΟΥ 40
ΜΑΡΟΥΣΙ 15124

Συνημμένο βρίσκεται αντίγραφο: ΠΡΩΤΗ ΤΡΟΠΟΠΟΙΗΜΕΝΗ ΑΙΤΗΣΗ ΤΩΝ ΕΝΑΓΟΝΤΩΝ ΚΑΙ ΑΙΤΗΣΗ ΓΝΩΣΤΟΠΟΙΗΣΗΣ

Το παρόν έγγραφο κατατέθηκε στις 10/5/2023, στην ανωτέρω αναφερόμενη αρίθμηση υπόθεσης και δικαστήριο. Το συνημμένο έγγραφο περιγράφει την αξίωση εναντίον σας.

**ΣΑΣ ΕΧΟΥΝ ΚΑΝΕΙ ΜΗΝΥΣΗ.** Μπορείτε να προσλάβετε έναν δικηγόρο. Αν εσείς ή ο δικηγόρος σας δεν καταθέσετε γραπτή απάντηση στον Εισαγγελέα της Επαρχίας που εξέδωσε την παραπομπή αυτή έως τις 10:00 π.μ. της επόμενης Δευτέρας μετά την ημερομηνία λήξης των 20 ημερών από την επίδοση της παρούσας παραπομπής και αίτησης, μπορεί να εκδοθεί ερήμην μια απόφαση εναντίον σας. Εκτός από την κατάθεση γραπτής απάντησης στο γραφείο του δικαστή, ενδέχεται να σας ζητηθεί να κάνετε αρχικές γνωστοποιήσεις στους άλλους διαδίκους αυτής της αγωγής. Αυτές οι γνωστοποιήσεις, γενικά, πρέπει να γίνουν όχι αργότερα από 30 ημέρες μετά την κατάθεση της απάντησής σας στο γραφείο του δικαστή. Μάθετε περισσότερα στο TexasLawHelp.org.

Η παραπομπή αυτή εκδόθηκε στις 24 Οκτωβρίου, 2023 υπό την υπογραφή μου και την σφραγίδα του εν λόγω δικαστηρίου.

Εκδόθηκε κατόπιν αιτήματος των:

Beckcom, Brian
6363 WOODWAY DR. SUITE 400
HOUSTON, TX 77057
713-224-7800
Bar Number: 24012268



ΠΕΡΙΦΕΡΕΙΑΚΟ ΔΙΚΑΣΤΗΡΙΟ ΤΗΣ ΚΟΜΗΤΕΙΑΣ HARRIS ΤΟΥ ΤΕΞΑΣ

Marilyn Burgess, Περιφερειακός υπάλληλος
Κομητεία Harris, Τέξας
201 Caroline, Houston, Texas 77002
(PO Box 4651, Houston, Texas 77210)

Δημιουργήθηκε από: SHELBY JACO

10/5/2023 6:19 π.μ.
Marilyn Burgess - Γραμματεία Επικρατείας, Κομητεία Χάρις
Αρ. Φακέλου 80270898
Από: Kerrylone Asberry
Καταχωρήθηκε: 10/5/2023 6:19 π.μ.

Αριθμός υπόθεσης 2023-21704

| | | |
|---|---|---|
| Darwin Aquino | ) | Στο Περιφερειακό Δικαστήριο |
| | ) | |
| Κατά | ) | της Κομητείας Χάρις, Texas |
| | ) | |
| Starbulk, SA-ISM Manager | ) | |
| και Cedar Valley, SA | ) | 270η Δικαστική Περιφέρεια |

Πρώτη Τροποποιημένη Αίτηση των Εναγόντων και Αίτημα Γνωστοποίησης

Ο ενάγων Darwin Aquino καταγγέλλει τους εναγόμενους Starbulk, SA-ISM Manager και Cedar Valley, SA και για την αιτία της αγωγής θα δείξει τα εξής:

**1. Επίπεδο Ανακάλυψης**

1.1   Ο Ενάγων προτίθεται να πραγματοποιήσει γνωστοποίηση σε αυτήν την υπόθεση σύμφωνα με το Επίπεδο 3 του Κανόνα 190 των Κανόνων Texas Rules of Civil Procedure. Σύμφωνα με τον Κανόνα Texas Rules of Civil Procedure 47(c)(5), ο Ενάγων ζητά ένα ποσό που υπερβαίνει το $1,000,000.00.

**2. Μέρη**

2.1   Ο Ενάγων Darqin Aquino είναι κάτοικος του Χιούστον, Τέξας.

2.2   Ο Εναγόμενος Starbulk-SA-ISM είναι μια ελληνική εταιρεία και μπορεί να εξυπηρετηθεί με την διαδικασία όπως εξουσιοδοτείται από τον Κανόνα Texas Rules of Civil Procedure 108(a) και τη Συνθήκη της Χάγης για την Εξυπηρέτηση στο Εξωτερικό Δικαστικών και Εξωδικαστικών Εγγράφων με την εξυπηρέτηση της Catherine Botsa - SQ Manager, D.DPA/ D.CSO στην οδό Κωνσταντίνου 40, Μαρούσι 15124.

2.3   Η Cedar Valley, SA είναι μια ιαπωνική εταιρεία και μπορεί να εξυπηρετηθεί με τη διαδικασία όπως εξουσιοδοτείται από τον Κανόνα Texas Rules of Civil Procedure 108(a) και τη Συνθήκη της Χάγης για την Εξυπηρέτηση στο Εξωτερικό Δικαστικών και Εξωδικαστικών Εγγράφων με την εξυπηρέτηση του Ryo Sugitani, 7th Floor, Kure Nakadori Building 2-1-26, Nakadori, Kure City, Hiroshima, Prefecture 737-0046 Japan.

**3. Τόπος και Δικαιοδοσία**

3.1     Ο τόπος διεξαγωγής είναι κατάλληλος στην κομητεία Χάρις, Τέξας, επειδή όλα ή ένα σημαντικό μέρος των γεγονότων που δίνουν αφορμή για αυτήν την αξίωση συνέβησαν στην κομητεία Χάρις, Τέξας.

3.2     Η δικαιοδοσία είναι κατάλληλη στο Τέξας επειδή ο Εναγόμενος έχει σκόπιμα επωφεληθεί από τους νόμους και τα οφέλη της επιχειρηματικής δραστηριότητας στο Τέξας.

**4. Ιστορικό και Νομικές Αξιώσεις**

4.1     Στις 2 Ιουνίου, 2021 ο Darwin Aquino εργαζόταν στο πλοίο *Star Challenger*, ένα πλοίο που ανήκει στον Εναγόμενο Cedar Valley, SA και λειτουργεί από τον Εναγόμενο Starbulk, SA-ISM Manager στο λιμάνι του Χιούστον, στην κομητεία Χάρις, στο Τέξας, όταν γλίστρησε και έπεσε από ύψος 14 ποδιών. Το πλοίο δεν είχε κανένα κιγκλίδωμα ή άλλα προστατευτικά φράγματα ή μέσα πρόληψης πτώσεων που θα εμπόδιζαν την πτώση ή τη ζημιά από την πτώση. Ως αποτέλεσμα αυτού του συμβάντος, ο κ. Aquino υπέστη μόνιμες και εκτεταμένους τραυματισμούς.

4.2     Οι Εναγόμενοι ήταν αμελείς, πράγμα που αποτέλεσε πραγματική αιτία του εν λόγω συμβάντος. Τέτοια αμέλεια περιλαμβάνει, αλλά δεν περιορίζεται στα ακόλουθα:

4.3     Οι Εναγόμενοι ήταν αμελείς σύμφωνα με τον κανονισμό 33 USC 905(b) επιτρέποντας στο πλοίο τους να βρίσκεται σε επικίνδυνη κατάσταση, συμπεριλαμβανομένων, αλλά όχι περιοριστικά: (1) την αποτυχία να παρέχουν ζώνη ασφαλείας ή οποιαδήποτε προστασία από πτώση· (2) τη διατήρηση ελέγχου σε μέρος της εν λόγω λειτουργίας· (3) την αποτυχία να παρέμβουν στην εν λόγω πράξη· και (4) την αποτυχία να κατασκευάσουν και/ή να διατηρήσουν οποιοδήποτε κατασκευή πρόληψης πτώσεων, τα οποία αποτέλεσαν πραγματική αιτία του εν λόγω συμβάντος.

4.4     Ο Ενάγων διατηρεί το δικαίωμα να ζητήσει αποζημίωση για την κακή χρήση αποδεικτικών στοιχείων, στο βαθμό που ο Εναγόμενος κατέστρεψε και/ή απέτυχε να διατηρήσει όλα τα σχετικά αποδεικτικά στοιχεία, συμπεριλαμβανομένων των αποδεικτικών στοιχείων βίντεο καθώς και όλων των σχετικών φυσικών αποδεικτικών στοιχείων.

4.5     Λόγω των ενεργειών και της συμπεριφοράς του Εναγόμενου, όπως περιγράφεται παραπάνω, ο κ. Aquino υπέστη σοβαρούς σωματικούς τραυματισμούς και βλάβες. Λόγω αυτών των τραυματισμών και των αποζημιώσεων που απορρέουν από αυτές, η παρούσα αγωγή διατηρείται. Λόγω της φύσης και του βαθμού τω

υποστηριζόμενων τραυματισμών, ο κ. Aquino υπέστη σωματικούς πόνους και ψυχική οδύνη και κατά πάσα πιθανότητα θα συνεχίσει να υποφέρει από σωματικούς πόνους και ψυχική οδύνη στο μέλλον.

Ο κ. Aquino έχει υποστεί και θα συνεχίσει να υποφέρει από σωματική αναπηρία και παραμόρφωση. Λόγω των ενεργειών και της συμπεριφοράς του Εναγόμενου στο παρόν, ο κ. Aquino έχει υποστεί πολύ οδυνηρούς και σωματικούς τραυματισμούς που τον ανάγκασαν να υποστεί απώλεια εισοδημάτων και ικανότητας μισθωτής εργασίας στο παρελθόν, και αυτή η κατάσταση κατά πάσα πιθανότητα, θα συνεχιστεί για κάποιο χρονικό διάστημα στο μέλλον. Λόγω της φύσης και του βαθμού των τραυματισμών που υπέστη ο κ. Aquino, έχει χρειαστεί ιατρική περίθαλψη στο παρελθόν και, κατά πάσα πιθανότητα, θα χρειαστεί μελλοντική ιατρική φροντίδα.

**5. Τόκοι πριν και μετά την έκδοση της απόφασης**

5.1     Ο Ενάγων θα προσθέσει και θα δείξει ότι έχει δικαίωμα στην αποκατάσταση προγενέστερων τόκων πριν από την απόφαση και εδώ και τώρα θα ασκήσει αγωγή για την ανάκτηση τόκων πριν από αυτήν όπως προβλέπεται από το νόμο και τη δικαιοσύνη, σύμφωνα με τις ισχύουσες διατάξεις των νόμων της Πολιτείας του Τέξας.

**6.   Αίτηση ενόρκων και Αίτηση για Γνωστοποίηση**

6.1     Οι ενάγοντες ζητούν με το παρόν την διεξαγωγή δίκης από ενόρκους.

**7.   Συμπέρασμα και Προσευχή**

7.1     Ο Ενάγων ζητά να διαταχθεί στους Εναγόμενους να εμφανιστούν και να απαντήσουν, και στην τελική δίκη οι Ενάγοντες να έχουν: (1) απόφαση κατά των Εναγόμενων για πραγματικές, αποζημιωτικές και παραδειγματικές αποζημιώσεις σύμφωνα με τα αποδεικτικά στοιχεία· (2) τόκους πριν και μετά την απόφαση σύμφωνα με το νόμο· (3) δικαστικά έξοδα· (4) αμοιβές δικηγόρων· και (5) άλλη και περαιτέρω αποκατάσταση, γενική και ειδική, στην οποία οι Ενάγοντες μπορούν να αποδείξουν ότι δικαιούνται βάσει νόμου και δικαιοσύνης.

Με Σεβασμό,

**VB Δικηγόροι**
/ *Brian Beckcom*

Brian Beckcom
Brian@vbattoneys.com
State Bar No. 24012268
Brendan Fradkin
Brendan@vbattorneys.com
6363 Woodway Drive, Suite 400
Houston, Texas 77057
713-224-7800 713

### Αυτοματοποιημένο Πιστοποιητικό Ηλεκτρονικής Υπηρεσίας

Αυτό το αυτοματοποιημένο πιστοποιητικό υπηρεσίας δημιουργήθηκε από το σύστημα ηλεκτρονικής υποβολής αιτήσεων. Ο υποβάλλων επέδωσε ή κοινοποίησε αυτό το έγγραφο μέσω ηλεκτρονικού ταχυδρομείου που δημιουργήθηκε από το σύστημα ηλεκτρονικής υποβολής, στην ημερομηνία και στα πρόσωπα που αναφέρονται παρακάτω. Οι κανόνες που διέπουν τα πιστοποιητικά υπηρεσιών δεν έχουν αλλάξει. Οι υποβάλλοντες πρέπει ακόμα να παρέχουν πιστοποιητικό υπηρεσίας που συμμορφώνεται με όλους τους ισχύοντες κανόνες.

Patti Artavia εξ ονόματος του Brian Beckcom
Bar No. 24012268
patti@vbattorneys.com
ID Φακέλου: 80270898
Περιγραφή Κωδικού Υποβολής: Τροποποίηση Υποβολής
Περιγραφή Υποβολής: Τροποποίηση Υποβολής
Κατάσταση έως τις 10/5/2023 8:29 π.μ. CST

Επαφές Υπόθεσης

| Όνομα | Αριθμός Δικηγορικού | Email | Χρονοσφραγίδα Υποβολής | Κατάσταση |
|---|---|---|---|---|
| Patti Artavia | | patti@vbattorneys.com | 10/5/2023 6:19:46 π.μ. | ΕΣΤΑΛΗ |
| Brian ABeckcom | | brian@vbattorneys.com | 10/5/2023 6:19:46 π.μ. | ΕΣΤΑΛΗ |
| Brendan Fradkin | | brendan@vbattorneys.com | 10/5/2023 6:19:46 π.μ. | ΕΣΤΑΛΗ |



CERTIFICATE OF TRANSLATION

On behalf of Stellar Konsulting, an Australian registered business having ABN 312 657 14 508 and having its registered office at 12 Chitwan Road, Tarneit, Victoria 3029 Australia, I hereby swear that:

- I have engaged a professional translator for translation of the attached documents from English into **Greek**. The documents are referred to as:

   *"DARWIN AQUINO v. STARBULK, SA-ISM MANAGER AND CEDAR VALLEY, SA"*

- Such translation has been prepared by a professional translator, who has confirmed that such translations are, to the best of their knowledge and belief, true and accurate translations in **Greek** of the corresponding Latvian documents.
- I declare under the penalty of perjury under the laws of the State of Victoria that the foregoing is true and correct. Notwithstanding the foregoing, no liability is assumed for errors and omissions in the translation of the attached documents.
- Executed on this 6th Day of November 2023 at MELBOURNE, Victoria, Australia

Kind Regards

Numan Amjad

Stellar Konsulting

Subscribed and sworn to before me on this 6th day of November 2023, by Numan Amjad.

*Note: A notary public or other officer completing this certificate verifies only the identity of the individual who signed this certificate, and not the truthfulness, accuracy, or validity of that document.*

ATUL GUPTA JP
C/O HONORARY JUSTICE SERVICES SUPPORT
24/121 EXHIBITION STREET
MELBOURNE 3000
JUSTICE OF THE PEACE FOR VICTORIA
REG NO. 14268

| HCDistrictclerk.com | AQUINO, DARWIN vs. NAMSUNG SHIPPING COMPANY LTD (SOUTH KOREA) | | | 12/20/2023 |

Cause: 202321704    CDI: 7    Court: 270

## DOCUMENTS

| Number | Document | Post Jdgm | Date | Pgs |
|---|---|---|---|---|
| 110960835 | Complete payment for 1st Amended Citations by Hague Convention | | 10/24/2023 | 2 |
| 110629680 | First Amended Petition | | 10/05/2023 | 5 |
| 107444681 | Plaintiffs' Original Petition Jury Demand and Request for Disclosure | | 04/04/2023 | 4 |

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| DARWIN AQUINO § | |
| Plaintiff § | |
| § | |
| vs. § | Civil Action No. _____ |
| § | |
| STARBULK, SA-ISM MANAGER § | |
| AND CEDAR VALLEY, SA § | |
| Defendants § | |

**List of Counsel of Record**

1. Counsel for Plaintiff Darwin Aquino
   Brian Beckcom
   Brian@vbattoneys.com
   Brendan Fradkin
   Brendan@vbattoneys.com
   6363 Woodway Drive, Suite 400
   Houston, Texas 77057
   P: 713-224-7800

2. Counsel for Defendant Starbulk, SA
   Thomas R. Nork
   tnork@norkmendez.com
   Alejandro Mendez-Roman
   amendez@norkmendez.com
   2002 Timberloch Place, Suite 200
   The Woodlands, TX 77380
   P: 281-210-1336

1